**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SANDRA V. MARKHAM, and
NELSON MARKHAM,

    Plaintiffs,

v.                                            CASE NO: 8:05-cv-1089-T-26EAJ

EXPRESS SCRIPTS, INC.,

    Defendant.
_____/

## O R D E R

Upon due and careful consideration and review of the parties' submissions in favor of and in opposition to Defendant's motion for summary judgment based on the statute of limitations, it is ordered and adjudged that Defendant's Motion for Summary Judgment on the Limited Issue of the Running of the Statute of Limitations (Dkt. 82) is denied. Defendant, which incessantly styles itself in all of its pleadings as "a pharmacy benefit manager, not pharmacy," has not demonstrated as a matter of law on the facts presented that such an entity qualifies as a "professional" entitled to the benefit of the two-year statute of limitations of section 95.11(4)(a), Florida Statutes.

**DONE AND ORDERED** at Tampa, Florida, on April 10, 2006.

                                          s/*Richard A. Lazzara*
                                          **RICHARD A. LAZZARA**
                                          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record